Tony Curtis BARRINO, Plaintiff—
Appellant,

v.

TREASURY OF the UNITED STATES;
United States Government, Adminis-
tration; Timothy Geithner; Barack
Obama, President; Robert Gibb; Hil-
lary Rodham Clinton, Defendants—
Appellees.

No. 10–1674.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 25, 2010.

Tony Curtis Barrino, Appellant Pro Se.

Before DUNCAN, KEENAN, and
WYNN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Tony C. Barrino appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2006) complaint under 28 U.S.C.
§ 1915(e)(2)(B) (2006). We have reviewed
the record and find that this appeal is
frivolous. Accordingly, we dismiss the ap-
peal for the reasons stated by the district
court. *Barrino v. Treasury of the United
States,* No. 3:10–cv–00171–RJC (W.D.N.C.

filed Apr. 19, 2010 & entered Apr. 20,
2010). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*